**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:12-CR-223-PMP-(VCF) |
| JACOB FORREST, ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on February 11, 2013, defendant JACOB FORREST pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 1; Change of Plea, ECF No. 53; Plea Agreement, ECF No. 54.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JACOB FORREST pled guilty.

The following asset are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. a Glock 9 millimeter handgun bearing serial number MKE690; and
2. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

1  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
2  United States of America should seize the aforementioned property.

3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
4  JACOB FORREST in the aforementioned property is forfeited and is vested in the United States of
5  America and shall be safely held by the United States of America until further order of the Court.

6  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
7  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
8  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
9  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
10  the name and contact information for the government attorney to be served with the petition, pursuant
11  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

12  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
13  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
15  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
16  following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

20  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
21  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
22  following publication of notice of seizure and intent to administratively forfeit the above-described
23  property.

24  DATED this __ 26th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE